BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Piya Mukherjee (State Bar #274217)
Vicotria B. Rivapalacio (State Bar #275115)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff
IRIS CERVANTES

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| IRIS CERVANTES, an individual, and on behalf of herself and on behalf of all persons similarly situated,<br><br>                      Plaintiff,<br><br>             v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a Corporation; and DOES 1 through 50, inclusive,<br><br>                      Defendant. | Case No. 1:26-cv-00135-JLT-FRS<br><br>Hon. Jennifer L. Thurston<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT** |

MORGAN, LEWIS & BOCKIUS LLP
Carrie A. Gonell, Bar No. 257163
carrie.gonell@morganlewis.com
Alexander L. Grodan, Bar No. 261374
alexander.grodan@morganlewis.com
600 Anton Boulevard
Suite 1800
Costa Mesa, CA  92626-7653
Tel:     +1.714.830.0600
Fax:     +1.714.830.0700

MORGAN, LEWIS & BOCKIUS LLP
Jenna M. Rogenski, Bar No. 340133
jenna.rogenski@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

- 2 -

AMENDED STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO
REMAND CASE TO STATE COURT

## <u>AMENDED STIPULATION AND ORDER</u>

Pursuant to Local Rules 143 and 230(f), Plaintiff Iris Cervantes ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant" and together "The Parties"), through their undersigned attorneys, hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed her Complaint in Merced County Superior Court on December 9, 2025 (the "Action");

WHEREAS, Defendant timely filed a notice of removal and removed the Action to this Court on January 8, 2026;

WHEREAS, Plaintiff filed a Motion to Remand Case to State Court on February 6, 2026 and set a hearing date of March 18, 2026 at 9:00 a.m.;

WHEREAS, Defendant filed a Motion to Compel Arbitration on February 12, 2026 and set a hearing date of March 25, 2026 at 9:00 a.m.;

WHEREAS, to provide sufficient time for the Parties' respective briefing on the anticipated issues in Plaintiff's Motion to Remand Case to State Court and Defendant's Motion to Compel Arbitration, the Parties agree to an extended briefing schedule beyond the schedule provided in Local Rule 230; and

WHEREAS, the Parties agree that in the interest of efficiency and judicial resources, both motions should be heard together;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

1. Defendant's deadline to file an Opposition to Plaintiff's Motion to Remand Case to State Court and Plaintiff's deadline to file an Opposition to Defendant's Motion to Compel Arbitration shall be March 4, 2026;

2. Plaintiff's deadline to file its Reply for its Motion to Remand Case to State Court and Defendant's deadline to file its Reply for its Motion to Compel Arbitration shall be March 16, 2026; and

3. The hearing on Plaintiff's Motion to Remand Case to State Court will be continued

- 3 -

AMENDED STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT

to March 25, 2026, at 9:00 a.m. so it can be heard on the same date as Defendant's Motion to Compel Arbitration.

**IT IS SO STIPULATED.**

Dated: February 17, 2026

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By  /s/Piya Mukherjee
Norman B. Blumenthal
Kyle R. Nordrehaug
Aparjit Bhowmik
Piya Mukherjee
Victoria B. Rivapalacio
Attorneys for Plaintiff
IRIS CERVANTES

Dated: February 17, 2026

MORGAN, LEWIS & BOCKIUS LLP

By  /s/Alexander L. Grodan
Carrie A. Gonell
Alexander L. Grodan
Jenna M. Rogenski
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

- 4 -

## ORDER

**GOOD CAUSE SHOWING, IT IS HEREBY ORDERED THAT:**

1.      Defendant's deadline to file an Opposition to Plaintiff's Motion to Remand Case to State Court and Plaintiff's deadline to file an Opposition to Defendant's Motion to Compel Arbitration shall be **March 4, 2026**;

2.      Plaintiff's deadline to file its Reply for its Motion to Remand Case to State Court and Defendant's deadline to file its Reply for its Motion to Compel Arbitration shall be **March 16, 2026**; and

3.      Pursuant to District Judge Jennifer L. Thurston's standing order, the motions will be decided on the papers without oral argument and no hearing will be calendared.

IT IS SO ORDERED.

Dated:   **February 18, 2026**        /s/ _Erin P. Groi_
                                         UNITED STATES MAGISTRATE JUDGE

AMENDED STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA